Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

| | | |
|---|---|---|
| ASHLI COBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| SETON CENTER, INC., | ) | |
| **Serve: 2816 E. 23rd St., Kansas** | ) | **JURY TRIAL DEMANDED** |
| **City, MO 64127** | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PETITION FOR DAMAGES</u>**

Plaintiff Ashli Cobbins ("Plaintiff") for her Petition for Damages against Defendant Seton Center, Inc. ("Defendant," "Seton") states and alleges as follows:

**<u>PARTIES</u>**

1. Plaintiff is an individual residing at 2157 SW Timbertrace Lane, Lee's Summit, MO 64082.

2. Defendant Seton Center, Inc. is a domestic nonprofit corporation with its principal office located at 2816 E. 23rd St., Kansas City, MO 64127.

**<u>JURISDICTION AND VENUE</u>**

3. Defendant is subject to general jurisdiction because its principal place of business is located at 2816 E. 23rd St., Kansas City, MO 64127. Pursuant to Mo. Rev. Stat. Section 506.500, Defendant is subject to specific jurisdiction because it is a domestic corporation who conducts business within Missouri and Plaintiff's claims arise from said business.

4. Pursuant to Mo. Const. Art. 5 Section 14 and Mo. Rev. Stat. Section 478.070, this Court has jurisdiction over the subject matter of this dispute because the claims arise from

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

occurrences that took place in the State of Missouri.

5. Venue is proper in this Court pursuant to Mo. Rev. Stat. Section 508.010.2(1) because Defendant's principal office address is in Jackson County.

## BACKGROUND

6. On or around October 14, 2024, Plaintiff was hired as an Executive Administrative Assistant by Defendant.

7. In this role, Plaintiff reported to and assisted Chief Executive Officer Stacy Mayer and Chief Operating Officer Chelsea Fernandez. Plaintiff's work included preparing monthly reports, reports for board meetings, notes for meetings, drafting newsletters, and planning and setting up meetings and events.

8. Plaintiff is African American.

9. Beginning her first week, Plaintiff was treated negatively by Director Stephanie, who is white. This director consistently treated Plaintiff differently than other white employees, including dismissing Plaintiff, not saying good morning to Plaintiff, and not introducing Plaintiff to visitors.

10. On or around April 22, 2025, Plaintiff attended a meeting with this director and others. Plaintiff attended the meeting by phone.

11. In the meeting, the director asked Plaintiff to make multiple phone calls for an event. Plaintiff attempted to discuss a timeline to complete the task in light of existing tasks that were on her desk.

12. The director hung up the phone on Plaintiff, saying, "Go ahead and hang up the phone," speaking to someone else in the office.

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

13. Plaintiff then filed a complaint with Human Resources regarding this incident and the ongoing hostile treatment by the director. Plaintiff never heard anything back regarding her complaint.

14. Plaintiff continued to be treated differently. Ms. Mayer said to Plaintiff, "Hey Queen." Ms. Mayer did not say this to white employees. Ms. Mayer would also refer to another black employee as "Ms. Thang."

15. Plaintiff found these remarks unprofessional and insulting regarding her race as Ms. Mayer attempted to appropriate and perpetrate Black culture making a mockery of Plaintiff.

16. Around August 2025, Ms. Fernandez began micromanaging Plaintiff. Ms. Fernandez reviewed Plaintiff's daily schedules and told Plaintiff to report how long it took her to complete each task. Plaintiff had no issues with meeting deadlines or time management. On information and belief, Ms. Fernandez did not do this with other white employees.

17. Plaintiff had never been written up regarding her work performance or for any other reason.

18. Also around August 2025, Ms. Mayer told Plaintiff to move into Ms. Mayer's office. Ms. Mayer told Plaintiff she had to move due to construction in the building. But really Ms. Mayer wanted to micromanage and belittle Plaintiff. There was no construction in the building.

19. As the pressure from Ms. Mayer grew over time, it caused Plaintiff to have a panic attack in August 2025.

20. On September 22, 2025, Plaintiff had a one-on-one meeting with Ms. Mayer. Instead of discussing Plaintiff's work performance, Ms. Mayer spent most of the meeting speaking about a previously terminated employee, who was also African American.

21. Also during this meeting, Ms. Mayer wrote down performance goals for Plaintiff. This is not the typical protocol. Normally, employees set their own goals.

22. On October 31, 2025, a Friday, Plaintiff had to leave work because her Uncle Clarence was transitioning to the afterlife. Two new employees were starting with Defendant on Monday. Plaintiff typically sets up new employees' offices with a welcome sign and welcome basket. On this day, Plaintiff set up one employee's office but was unable to set up the second office because it was still being used by a volunteer. Plaintiff left *after her shift* to see her Uncle but planned on finishing up setting up the office Monday morning.

23. Ms. Fernandez texted Plaintiff after work hours to ask about the office. Plaintiff responded once explaining that she would set the office up Monday morning. Ms. Fernandez continued to text Plaintiff.

24. Uncle Clarence passed away that same evening October 31 and Plaintiff informed Ms. Ferndandez.

25. On November 17, 2025, Ms. Fernandez cancelled her one-on-one meeting with Plaintiff. On November 19, 2025, Ms. Mayer excluded Plaintiff from a leadership retreat.

26. Plaintiff requested a meeting with Ms. Mayer.

27. Plaintiff and Ms. Mayer met on November 21, 2025. Ms. Mayer stated that there had been a breakdown in communication between Plaintiff and Ms. Fernandez. Plaintiff stated that she would talk to Ms. Fernandez directly about the issue.



Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

28. Ms. Mayer complimented Plaintiff for her work, but then stated that Plaintiff's position may not be needed at this time and that she would follow up about it.

29. A few days later, Ms. Fernandez brought up the new employee office set up and complained that Plaintiff did not respond to her multiple text messages after hours while her Uncle was transitioning into the afterlife and *she was off the clock*. Plaintiff again explained she had to leave early to see her dying uncle and that she was going to set up the office in the morning.

30. Ms. Fernandez had a negative attitude with Plaintiff and rolled her eyes.

31. On December 1, 2025, Ms. Mayer and Ms. Fernandez called Plaintiff in the morning. They told Plaintiff that her position was being eliminated and that she was terminated.

32. However, Ms. Mayer simply replaced Plaintiff with a white employee and had the white employee assume Plaintiff's duties.

**COUNT I**
**RACE DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981**

33. Plaintiff hereby incorporates by reference as if fully stated herein the allegations contained in the foregoing paragraphs.

34. At all times relevant, Plaintiff was an African American employee of Defendant and maintained a contractual relationship through at-will employment.

35. At all times relevant, Defendant was an employer subject to 42 U.S.C. § 1981.

36. Defendant discriminated against Plaintiff in violation of 42 U.S.C. § 1981 through its actions, policies, behavior, and treatment toward Plaintiff, including termination.

37. Plaintiff's race was the motivating factor in the discriminatory treatment by Defendant.

38. Defendant's actions against Plaintiff were taken with malice or with reckless indifference

to Plaintiff's federally protected rights.

39. As a direct and proximate result of Defendant's discrimination, Plaintiff has and will continue to suffer from emotional distress, lost wages, including front and back pay and other benefits, reasonable attorneys' fees and costs necessary for litigation.

WHEREFORE, Plaintiff Ashli Cobbins requests that this Court enter judgment in her favor and against Seton Center, Inc. and award Plaintiff damages as proven at trial, including punitive damages, attorneys' fees and related litigation and enforcement expenses, and such other and further relief as deemed just and proper.

**COUNT II**
**HOSTILE WORK ENVIRONMENT IN VIOLATION OF 42 U.S.C. § 1981**

40. Plaintiff hereby incorporates by reference as if fully stated herein the allegations contained in the foregoing paragraphs.

41. Plaintiff was subjected to unwelcome harassment that was severe and pervasive creating a hostile work environment.

42. Plaintiff's race was a motivating factor in the hostile work environment.

43. Defendant's unwelcome harassment affected the terms, conditions and privileges of Plaintiff's employment.

44. Defendant knew or should have known of the harassment and failed to respond with appropriate remedial action.

45. Defendant's actions against Plaintiff were outrageous because Defendant had an evil motive and/or reckless indifference to the rights of others.



Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

46. As a direct and proximate result of the hostile work environment, Plaintiff has and will continue to suffer from emotional distress, lost wages, including front and back pay and other benefits, reasonable attorneys' fees and costs necessary for litigation.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury for all issues herein.

Dated: February 20, 2026

By: /s/ *Henry W. Tanner. Jr*
Henry W. Tanner Jr. (MO 66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace
Kansas City, Missouri 64110
Telephone: (816) 547-2162
Email: henry@htannerlaw.com

**Attorney for Plaintiff**

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

| | | |
|---|---|---|
| ASHLI COBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| SETON CENTER, INC., | ) | |
| **Serve: 2816 E. 23rd St., Kansas City, MO 64127** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DESIGNATION OF LEAD ATTORNEY**

Pursuant Local Rule 3.5, Plaintiff Ashli Cobbins hereby designates Henry W. Tanner Jr. as her lead attorney of record.

Dated: February 20, 2026

By: /s/ *Henry W. Tanner Jr.*

Henry W. Tanner Jr. (66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace
Kansas City, Missouri 64110
Telephone: 816.547.2162
Facsimile: 816.393.0338
Email: henry@htannerlaw.com

**Attorney for Plaintiff**

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

| | | |
|---|---|---|
| ASHLI COBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| SETON CENTER, INC., | ) | |
| **Serve: 2816 E. 23rd St., Kansas City, MO 64127** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

**COMES NOW** Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | |
|---|---|---|
| Ramla | Abdisamed | PPS26-0123 |
| Don | Adelman | PPS26-0124 |
| Paul | Aizel | PPS26-0125 |
| Benita | Alleman | PPS26-0126 |
| Mark | Allen | PPS26-0127 |
| Tiffany | Allison | PPS26-0128 |
| Victor | Aponte | PPS26-0129 |
| Tracy | Arnold | PPS26-0130 |
| Raymond | Bandy | PPS26-0131 |
| Brian | Bankowski | PPS26-0132 |

| | | |
|---|---|---|
| Theresa | Barnes | PPS26-0133 |
| Carl | Barnett | PPS26-0134 |
| Janet | Bayless | PPS26-0135 |
| Mark | Beach | PPS26-0136 |
| Brenda | Benoit | PPS26-0137 |
| Allison | Bernardo | PPS26-0382 |
| Daniela | Bert | PPS26-0138 |
| Matthew | Bert | PPS26-0139 |
| David | Biddle | PPS26-0140 |
| William | Bilyk | PPS26-0141 |
| Kayla | Binsbacher | PPS26-0142 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Angela | Black | PPS26-0143 |
| Keith | Blanchard | PPS26-0144 |
| Nickolas | Blose | PPS26-0145 |
| Thomas | Bogue | PPS26-0146 |
| Kathy | Broom | PPS26-0147 |
| Mark | Brotemarkle | PPS26-0014 |
| Deborah | Brown | PPS26-0148 |
| Marchelle | Brown | PPS26-0149 |
| Reagan | Brown | PPS26-0150 |
| Timothy | Brown | PPS26-0151 |
| Melissa | Bryant | PPS26-0152 |
| Nicholas | Bull | PPS26-0153 |
| Gary | Burt | PPS26-0154 |
| Stephen | Buskirk | PPS26-0387 |
| Steve | Butcher | PPS26-0155 |
| Veronica | Calderon | PPS26-0156 |
| Dan | Callahan | PPS26-0157 |
| Thomas | Campbell | PPS26-0158 |
| Anna | Canole | PPS26-0159 |
| Frederick | Carl | PPS26-0160 |
| Charles | Casey | PPS26-0161 |
| Gina | Cash | PPS26-0162 |
| George | Castillo | PPS26-0163 |
| Danielle | Cazier | PPS26-0164 |
| Robert | Cerny | PPS26-0165 |

| | | |
|---|---|---|
| Ray | Christensen | PPS26-0166 |
| Darin | Clark | PPS26-0167 |
| Timothy | Clemens | PPS26-0168 |
| Nicholas | Cobb | PPS26-0169 |
| Randy | Cobb | PPS26-0170 |
| Kimberly | Combs | PPS26-0171 |
| Chad | Compton | PPS26-0172 |
| Kenneth | Condrey | PPS26-0173 |
| Sharon | Condrey | PPS26-0174 |
| George | Covert | PPS26-0175 |
| James | Cox | PPS26-0176 |
| Kimberly | Cox | PPS26-0177 |
| Erika | Cremeans | PPS26-0178 |
| Diana | Curtis | PPS26-0179 |
| Thomas | Davoux | PPS26-0180 |
| Robert | DeLacy Jr | PPS26-0181 |
| Dominic | DellaPorte | PPS26-0182 |
| Cameron | DePalma | PPS26-0183 |
| Wesley | Dilvro | PPS26-0184 |
| Claudia | Dohn | PPS26-0185 |
| Amy | Donarski | PPS26-0186 |
| Aaron | Donarski Sr. | PPS26-0187 |
| Dale | Dorning | PPS26-0188 |
| Catherine | Drake | PPS26-0189 |
| Terrence | Drew | PPS26-0190 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Michael | Dunard | PPS26-0191 |
| Dylan | Dwyer | PPS26-0192 |
| Courtney | Edwards | PPS26-0193 |
| Kirk | Elhquist | PPS26-0194 |
| Donald | Eskra Jr | PPS26-0195 |
| Sadie | Estes | PPS26-0022 |
| Donna | Fairbanks | PPS26-0196 |
| Robert | Fairbanks | PPS26-0197 |
| Michael | Fey | PPS26-0393 |
| Steven | Flynn | PPS26-0198 |
| Christine | Foran | PPS26-0199 |
| David | Ford | PPS26-0025 |
| Ryan | Fortune | PPS26-0200 |
| Brandon | Freeman | PPS26-0201 |
| Tamara | Gay | PPS26-0202 |
| Richard | Gerber | PPS26-0203 |
| Kurie | Ghersini | PPS26-0204 |
| Terri | Gilam | PPS26-0205 |
| Abel | Gmirv | PPS26-0206 |
| Ronda | Godard | PPS26-0207 |
| Adam | Golden | PPS26-0208 |
| Bradley | Gordon | PPS26-0209 |
| Rose | Green | PPS26-0210 |
| Kimberly | Greenway | PPS26-0211 |
| Dawn | Griffin-Luce | PPS26-0212 |

| | | |
|---|---|---|
| Mark | Hagood | PPS26-0395 |
| David | Hahn | PPS26-0213 |
| Eric | Hahn | PPS26-0214 |
| Kimberly | Hamilton | PPS26-0396 |
| Alec | Hansen | PPS26-0215 |
| David | Hansen | PPS26-0216 |
| Gregory | Hardy | PPS26-0399 |
| Joan | Harenberg | PPS26-0217 |
| Robert | Harenberg Jr | PPS26-0218 |
| Michelle | Harris | PPS26-0401 |
| James | Harvey | PPS26-0219 |
| Grace | Hazell | PPS26-0220 |
| Stephen | Heitz | PPS26-0221 |
| Austin | Hendrickson | PPS26-0222 |
| Elizabeth | Henson | PPS26-0223 |
| Trinity | Hibler | PPS26-0034 |
| Michael | Hibler | PPS26-0035 |
| Jeremy | Hoffman | PPS26-0224 |
| Eric | Homan | PPS26-0225 |
| Parry | Howell | PPS26-0226 |
| Jessica | Hueckel | PPS26-0227 |
| Martin | Hueckel | PPS26-0228 |
| Natalia | Ibarra | PPS26-0229 |
| George | Illidge | PPS26-0230 |
| Frank | James | PPS26-0231 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Matthew | Jankowski | PPS26-0232 |
| Zachary | Jenkins | PPS26-0040 |
| Betty | Johnson | PPS26-0233 |
| Kevin | Johnson | PPS26-0234 |
| Ron | Johnson | PPS26-0235 |
| Tamara | Johnson | PPS26-0236 |
| Patrick | Jones | PPS26-0237 |
| Kenneth | Kearney | PPS26-0238 |
| Christopher | Keilbart | PPS26-0239 |
| Ethan | Keller | PPS26-0240 |
| Wendy | Kelley | PPS26-0412 |
| Tyler | Kirkhart | PPS26-0415 |
| Kenneth | Klewicki | PPS26-0241 |
| Joel | Knoblock | PPS26-0242 |
| Anthony | Ko | PPS26-0243 |
| Paul | Koessel | PPS26-0244 |
| Ruth | Kohls | PPS26-0245 |
| Michele | Kriner | PPS26-0246 |
| Wyman | Kroft | PPS26-0247 |
| Jaroslay | Krupa | PPS26-0248 |
| Marcus | Lawing | PPS26-0249 |
| Marion | Lawson Jr | PPS26-0250 |
| John | Lichtenegger | PPS26-0251 |
| Bryan | Liebhart | PPS26-0252 |

| | | |
|---|---|---|
| Sean | Lipscomb | PPS26-0253 |
| Tara | Little | PPS26-0254 |
| Bert | Lott | PPS26-0255 |
| Craig | Lowe | PPS26-0256 |
| Vanessa | Lowe | PPS26-0257 |
| Sally | Lubrant | PPS26-0258 |
| Robert | Maliuuk | PPS26-0259 |
| Winnonna | Maliuuk | PPS26-0260 |
| Genevieve | Marault | PPS26-0261 |
| Bonnie | Marvin | PPS26-0262 |
| Patrick | McAuliffe | PPS26-0263 |
| Michael | McMahon | PPS26-0264 |
| Michael | Meador | PPS26-0265 |
| Sonya | Means | PPS26-0423 |
| Mathias | Meela | PPS26-0266 |
| Jerry | Melber | PPS26-0267 |
| Carrie | Melte | PPS26-0268 |
| Kevin | Miller | PPS26-0269 |
| Matthew | Millhollin | PPS26-0270 |
| Daniel | Moore | PPS26-0271 |
| Christopher | Moore | PPS26-0272 |
| Wilfredo | Morales | PPS26-0273 |
| Michael | Morrison | PPS26-0274 |
| Nancy | Muchnick | PPS26-0275 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Alex | Mueller | PPS26-0276 |
| Zachary | Mueller | PPS26-0277 |
| Kelly | Murski | PPS26-0278 |
| Gary | Musholt | PPS26-0279 |
| Shakir | Muwwakkil | PPS26-0280 |
| Paul | Nardizzi | PPS26-0281 |
| Zach | Nash | PPS26-0282 |
| Wendy | Neff | PPS26-0283 |
| Tom | Newton | PPS26-0427 |
| Nigul | Nibblins | PPS26-0284 |
| Jeremy | Nicholas | PPS26-0051 |
| Diana | Nichols | PPS26-0052 |
| Jeffrey | Nichols | PPS26-0053 |
| Keith | Niziankiewicz | PPS26-0285 |
| Michael | Noble | PPS26-0286 |
| Michael | Nolan | PPS26-0287 |
| Kevin | Nuan | PPS26-0288 |
| Daryl | Oestreich | PPS26-0289 |
| Elizabeth | Ostman | PPS26-0290 |
| Daniel | Otto | PPS26-0291 |
| Cynthia | Paris | PPS26-0292 |
| Jason | Parker | PPS26-0293 |
| Cody | Patton | PPS26-0429 |
| Natalie | Payne | PPS26-0294 |
| Ashley | Perrault | PPS26-0295 |

| | | |
|---|---|---|
| George | Perry | PPS26-0296 |
| Matthew | Peterson | PPS26-0297 |
| Vincent | Piazza | PPS26-0298 |
| Timothy | Pinney | PPS26-0299 |
| Dominic | Playle | PPS26-0300 |
| Charles | Polson | PPS26-0056 |
| Nancy | Porter | PPS26-0301 |
| Benjamin | Purser | PPS26-0302 |
| Angela | Reed | PPS26-0303 |
| Christopher | Reed | PPS26-0304 |
| Edward | Reed | PPS26-0305 |
| Gavin | Rees | PPS26-0306 |
| Betty | Rice | PPS26-0307 |
| Karen | Rice | PPS26-0308 |
| Steven | Rice | PPS26-0309 |
| Cheryl | Richey | PPS26-0310 |
| Richard | Rober | PPS26-0311 |
| David | Roberts | PPS26-0312 |
| Patricia | Roberts | PPS26-0313 |
| Deniel | Rodriguez | PPS26-0439 |
| Angela | Romack | PPS26-0314 |
| Daniel | Ronnie | PPS26-0315 |
| Richard | Ross | PPS26-0316 |
| Steve | Rozhon | PPS26-0317 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Eric | Rubin | PPS26-0318 |
| Rene | Rulo | PPS26-0319 |
| Kathy | Rulo | PPS26-0320 |
| Robert | Sanders | PPS26-0066 |
| Patrick | Sanford | PPS26-0321 |
| Vincent | Sarelli | PPS26-0322 |
| Tristan | Seaver | PPS26-0323 |
| Westley | Seifert | PPS26-0324 |
| Joe | Sherrod | PPS26-0325 |
| Katie | Shiflett | PPS26-0326 |
| Kenneth | Short | PPS26-0327 |
| Jeannie | Simon | PPS26-0328 |
| Jordan | Sitarski | PPS26-0329 |
| Thomas | Skinner | PPS26-0330 |
| Richard | Skyles | PPS26-0442 |
| Merrill | Smallwood III | PPS26-0331 |
| Bryan | Smith | PPS26-0332 |
| Brian | Smith | PPS26-0333 |
| Gean | Smith | PPS26-0334 |
| Katie | Smith | PPS26-0335 |
| Garrett | Smith | PPS26-0336 |
| Zach | Sorenson | PPS26-0337 |
| Anthony | Spada | PPS26-0338 |
| Samuel | Staton | PPS26-0339 |
| Shelby | Stauble | PPS26-0340 |

| | | |
|---|---|---|
| Tanner | Stauble | PPS26-0341 |
| Barbara | Steil | PPS26-0342 |
| Frances | Stewart | PPS26-0343 |
| Steven | Stosur | PPS26-0344 |
| Dylan | Stricklin | PPS26-0345 |
| Kalen | Stricklin | PPS26-0346 |
| Kenneth | Sullenberger Jr | PPS26-0347 |
| Kenneth | Sullenberger Sr | PPS26-0348 |
| Cody | Swartz | PPS26-0349 |
| Ramona | Talvacchio | PPS26-0350 |
| Leli | Tautuaa | PPS26-0351 |
| Jeffrey | Teitel | PPS26-0352 |
| Shamer | Thomas | PPS26-0353 |
| Walt | Thomas | PPS26-0354 |
| Gabriel | Tranum | PPS26-0355 |
| Sean | Updegrave | PPS26-0356 |
| Keith | Venus | PPS26-0357 |
| Angie | Verjan | PPS26-0358 |
| Robert | Vick II | PPS26-0079 |
| Brad | Votaw | PPS26-0080 |
| Ryan | Waddle | PPS26-0359 |
| Zachary | Wakid | PPS26-0360 |
| Ambiko | Wallace | PPS26-0361 |
| Stephen | Waters | PPS26-0082 |

| | | |
|---|---|---|
| Leavy | Watson | PPS26-0362 |
| Michael | Weaver | PPS26-0363 |
| Doreen | Weekley | PPS26-0449 |
| Austin | Weekley | PPS26-0450 |
| Ryan M | Weekley | PPS26-0451 |
| Ryan E | Weekley | PPS26-0452 |
| Ronald | Weinand | PPS26-0364 |
| Barbara | West | PPS26-0365 |
| Gregory | Westerlund | PPS26-0366 |
| Tabitha | White | PPS26-0367 |
| James | Wille | PPS26-0368 |
| Crystal | Williams | PPS26-0369 |

| | | |
|---|---|---|
| Gregory | Willing | PPS26-0370 |
| Tamara | Wilson | PPS26-0371 |
| Kenneth | Winge | PPS26-0372 |
| Julaine | Wold | PPS26-0373 |
| Yvonne | Worman | PPS26-0374 |
| Ethan | Yade | PPS26-0375 |
| Sandra | Yade | PPS26-0376 |
| Edwin | Young | PPS26-0377 |
| Nick | Zotti | PPS26-0378 |
| Elenu | Zyborieue | PPS26-0379 |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Date: February 20, 2026

Respectfully Submitted,

/s/ *Henry W. Tanner Jr.*

Henry W. Tanner Jr. (MO 66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace
Kansas City, Missouri 64110
Telephone: (816) 547-2162
Facsimile: (816) 393-0338
Email: henry@htannerlaw.com
**Attorney for Plaintiff**



Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

**ORDER**

It is hereby ORDERED that Plaintiff's Motion for Appointment of a Special Process Server is SUSTAINED and that HPS Process Service & Investigations and the above named individuals are hereby appointed to serve process in the above captioned matter.

**Dated:_________________**

_____________________________

**Judge or Circuit Clerk**

# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>CHARLES H MCKENZIE | **Case Number: 2616-CV05935** | |
| Plaintiff/Petitioner:<br>ASHLI COBBINS<br>**vs.** | Plaintiff's/Petitioner's Attorney/Address<br>HENRY WARREN TANNER<br>1432 EAST 49TH TERRACE<br>KANSAS CITY, MO 64110 | |
| Defendant/Respondent:<br>SETON CENTER, INC. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: SETON CENTER, INC.**
**Alias:**

**2816 E. 23RD ST.**
**KANSAS CITY, MO 64127**

*COURT SEAL OF*
*JACKSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

23-FEB-2026
Date

Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _______________ a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to _______________ (name) _______________ (title).
☐ other _______________.

Served at _______________ (address)

in _______________ (County/City of St. Louis), MO, on _______________ (date) at _______________ (time).

_______________ Printed Name of Sheriff or Server

_______________ Signature of Sheriff or Server

*(Seal)*

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _______________ (date).

My commission expires: _______________ Date _______________ Notary Public

**Sheriff's Fees**

| | |
|---|---|
| Summons | $_______ |
| Non Est | $_______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_______ (______ miles @ $.______ per mile) |
| **Total** | **$_______** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



Case 4:26-cv-00252-RK Document 1-1 Filed 03/24/26 Page 17 of 28

EXHIBIT 1

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | | |
|---|---|---|
| ASHLI COBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| SETON CENTER, INC., | ) | |
| **Serve: 2816 E. 23rd St., Kansas City, MO 64127** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

**COMES NOW** Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | |
|---|---|---|
| Ramla | Abdisamed | PPS26-0123 |
| Don | Adelman | PPS26-0124 |
| Paul | Aizel | PPS26-0125 |
| Benita | Alleman | PPS26-0126 |
| Mark | Allen | PPS26-0127 |
| Tiffany | Allison | PPS26-0128 |
| Victor | Aponte | PPS26-0129 |
| Tracy | Arnold | PPS26-0130 |
| Raymond | Bandy | PPS26-0131 |
| Brian | Bankowski | PPS26-0132 |

| | | |
|---|---|---|
| Theresa | Barnes | PPS26-0133 |
| Carl | Barnett | PPS26-0134 |
| Janet | Bayless | PPS26-0135 |
| Mark | Beach | PPS26-0136 |
| Brenda | Benoit | PPS26-0137 |
| Allison | Bernardo | PPS26-0382 |
| Daniela | Bert | PPS26-0138 |
| Matthew | Bert | PPS26-0139 |
| David | Biddle | PPS26-0140 |
| William | Bilyk | PPS26-0141 |
| Kayla | Binsbacher | PPS26-0142 |

| | | |
|---|---|---|
| Angela | Black | PPS26-0143 |
| Keith | Blanchard | PPS26-0144 |
| Nickolas | Blose | PPS26-0145 |
| Thomas | Bogue | PPS26-0146 |
| Kathy | Broom | PPS26-0147 |
| Mark | Brotemarkle | PPS26-0014 |
| Deborah | Brown | PPS26-0148 |
| Marchelle | Brown | PPS26-0149 |
| Reagan | Brown | PPS26-0150 |
| Timothy | Brown | PPS26-0151 |
| Melissa | Bryant | PPS26-0152 |
| Nicholas | Bull | PPS26-0153 |
| Gary | Burt | PPS26-0154 |
| Stephen | Buskirk | PPS26-0387 |
| Steve | Butcher | PPS26-0155 |
| Veronica | Calderon | PPS26-0156 |
| Dan | Callahan | PPS26-0157 |
| Thomas | Campbell | PPS26-0158 |
| Anna | Canole | PPS26-0159 |
| Frederick | Carl | PPS26-0160 |
| Charles | Casey | PPS26-0161 |
| Gina | Cash | PPS26-0162 |
| George | Castillo | PPS26-0163 |
| Danielle | Cazier | PPS26-0164 |
| Robert | Cerny | PPS26-0165 |

| | | |
|---|---|---|
| Ray | Christensen | PPS26-0166 |
| Darin | Clark | PPS26-0167 |
| Timothy | Clemens | PPS26-0168 |
| Nicholas | Cobb | PPS26-0169 |
| Randy | Cobb | PPS26-0170 |
| Kimberly | Combs | PPS26-0171 |
| Chad | Compton | PPS26-0172 |
| Kenneth | Condrey | PPS26-0173 |
| Sharon | Condrey | PPS26-0174 |
| George | Covert | PPS26-0175 |
| James | Cox | PPS26-0176 |
| Kimberly | Cox | PPS26-0177 |
| Erika | Cremeans | PPS26-0178 |
| Diana | Curtis | PPS26-0179 |
| Thomas | Davoux | PPS26-0180 |
| Robert | DeLacy Jr | PPS26-0181 |
| Dominic | DellaPorte | PPS26-0182 |
| Cameron | DePalma | PPS26-0183 |
| Wesley | Dilvro | PPS26-0184 |
| Claudia | Dohn | PPS26-0185 |
| Amy | Donarski | PPS26-0186 |
| Aaron | Donarski Sr. | PPS26-0187 |
| Dale | Dorning | PPS26-0188 |
| Catherine | Drake | PPS26-0189 |
| Terrence | Drew | PPS26-0190 |



Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Michael | Dunard | PPS26-0191 |
| Dylan | Dwyer | PPS26-0192 |
| Courtney | Edwards | PPS26-0193 |
| Kirk | Elhquist | PPS26-0194 |
| Donald | Eskra Jr | PPS26-0195 |
| Sadie | Estes | PPS26-0022 |
| Donna | Fairbanks | PPS26-0196 |
| Robert | Fairbanks | PPS26-0197 |
| Michael | Fey | PPS26-0393 |
| Steven | Flynn | PPS26-0198 |
| Christine | Foran | PPS26-0199 |
| David | Ford | PPS26-0025 |
| Ryan | Fortune | PPS26-0200 |
| Brandon | Freeman | PPS26-0201 |
| Tamara | Gay | PPS26-0202 |
| Richard | Gerber | PPS26-0203 |
| Kurie | Ghersini | PPS26-0204 |
| Terri | Gilam | PPS26-0205 |
| Abel | Gmirv | PPS26-0206 |
| Ronda | Godard | PPS26-0207 |
| Adam | Golden | PPS26-0208 |
| Bradley | Gordon | PPS26-0209 |
| Rose | Green | PPS26-0210 |
| Kimberly | Greenway | PPS26-0211 |
| Dawn | Griffin-Luce | PPS26-0212 |

| | | |
|---|---|---|
| Mark | Hagood | PPS26-0395 |
| David | Hahn | PPS26-0213 |
| Eric | Hahn | PPS26-0214 |
| Kimberly | Hamilton | PPS26-0396 |
| Alec | Hansen | PPS26-0215 |
| David | Hansen | PPS26-0216 |
| Gregory | Hardy | PPS26-0399 |
| Joan | Harenberg | PPS26-0217 |
| Robert | Harenberg Jr | PPS26-0218 |
| Michelle | Harris | PPS26-0401 |
| James | Harvey | PPS26-0219 |
| Grace | Hazell | PPS26-0220 |
| Stephen | Heitz | PPS26-0221 |
| Austin | Hendrickson | PPS26-0222 |
| Elizabeth | Henson | PPS26-0223 |
| Trinity | Hibler | PPS26-0034 |
| Michael | Hibler | PPS26-0035 |
| Jeremy | Hoffman | PPS26-0224 |
| Eric | Homan | PPS26-0225 |
| Parry | Howell | PPS26-0226 |
| Jessica | Hueckel | PPS26-0227 |
| Martin | Hueckel | PPS26-0228 |
| Natalia | Ibarra | PPS26-0229 |
| George | Illidge | PPS26-0230 |
| Frank | James | PPS26-0231 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Matthew | Jankowski | PPS26-0232 |
| Zachary | Jenkins | PPS26-0040 |
| Betty | Johnson | PPS26-0233 |
| Kevin | Johnson | PPS26-0234 |
| Ron | Johnson | PPS26-0235 |
| Tamara | Johnson | PPS26-0236 |
| Patrick | Jones | PPS26-0237 |
| Kenneth | Kearney | PPS26-0238 |
| Christoph er | Keilbart | PPS26-0239 |
| Ethan | Keller | PPS26-0240 |
| Wendy | Kelley | PPS26-0412 |
| Tyler | Kirkhart | PPS26-0415 |
| Kenneth | Klewicki | PPS26-0241 |
| Joel | Knoblock | PPS26-0242 |
| Anthony | Ko | PPS26-0243 |
| Paul | Koessel | PPS26-0244 |
| Ruth | Kohls | PPS26-0245 |
| Michele | Kriner | PPS26-0246 |
| Wyman | Kroft | PPS26-0247 |
| Jaroslay | Krupa | PPS26-0248 |
| Marcus | Lawing | PPS26-0249 |
| Marion | Lawson Jr | PPS26-0250 |
| John | Lichtenegger | PPS26-0251 |
| Bryan | Liebhart | PPS26-0252 |

| | | |
|---|---|---|
| Sean | Lipscomb | PPS26-0253 |
| Tara | Little | PPS26-0254 |
| Bert | Lott | PPS26-0255 |
| Craig | Lowe | PPS26-0256 |
| Vanessa | Lowe | PPS26-0257 |
| Sally | Lubrant | PPS26-0258 |
| Robert | Maliuuk | PPS26-0259 |
| Winnonna | Maliuuk | PPS26-0260 |
| Genevieve | Marault | PPS26-0261 |
| Bonnie | Marvin | PPS26-0262 |
| Patrick | McAuliffe | PPS26-0263 |
| Michael | McMahon | PPS26-0264 |
| Michael | Meador | PPS26-0265 |
| Sonya | Means | PPS26-0423 |
| Mathias | Meela | PPS26-0266 |
| Jerry | Melber | PPS26-0267 |
| Carrie | Melte | PPS26-0268 |
| Kevin | Miller | PPS26-0269 |
| Matthew | Millhollin | PPS26-0270 |
| Daniel | Moore | PPS26-0271 |
| Christoph er | Moore | PPS26-0272 |
| Wilfredo | Morales | PPS26-0273 |
| Michael | Morrison | PPS26-0274 |
| Nancy | Muchnick | PPS26-0275 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Alex | Mueller | PPS26-0276 |
| Zachary | Mueller | PPS26-0277 |
| Kelly | Murski | PPS26-0278 |
| Gary | Musholt | PPS26-0279 |
| Shakir | Muwwakkil | PPS26-0280 |
| Paul | Nardizzi | PPS26-0281 |
| Zach | Nash | PPS26-0282 |
| Wendy | Neff | PPS26-0283 |
| Tom | Newton | PPS26-0427 |
| Nigul | Nibblins | PPS26-0284 |
| Jeremy | Nicholas | PPS26-0051 |
| Diana | Nichols | PPS26-0052 |
| Jeffrey | Nichols | PPS26-0053 |
| Keith | Niziankiewicz | PPS26-0285 |
| Michael | Noble | PPS26-0286 |
| Michael | Nolan | PPS26-0287 |
| Kevin | Nuan | PPS26-0288 |
| Daryl | Oestreich | PPS26-0289 |
| Elizabeth | Ostman | PPS26-0290 |
| Daniel | Otto | PPS26-0291 |
| Cynthia | Paris | PPS26-0292 |
| Jason | Parker | PPS26-0293 |
| Cody | Patton | PPS26-0429 |
| Natalie | Payne | PPS26-0294 |
| Ashley | Perrault | PPS26-0295 |

| | | |
|---|---|---|
| George | Perry | PPS26-0296 |
| Matthew | Peterson | PPS26-0297 |
| Vincent | Piazza | PPS26-0298 |
| Timothy | Pinney | PPS26-0299 |
| Dominic | Playle | PPS26-0300 |
| Charles | Polson | PPS26-0056 |
| Nancy | Porter | PPS26-0301 |
| Benjamin | Purser | PPS26-0302 |
| Angela | Reed | PPS26-0303 |
| Christoph er | Reed | PPS26-0304 |
| Edward | Reed | PPS26-0305 |
| Gavin | Rees | PPS26-0306 |
| Betty | Rice | PPS26-0307 |
| Karen | Rice | PPS26-0308 |
| Steven | Rice | PPS26-0309 |
| Cheryl | Richey | PPS26-0310 |
| Richard | Rober | PPS26-0311 |
| David | Roberts | PPS26-0312 |
| Patricia | Roberts | PPS26-0313 |
| Deniel | Rodriguez | PPS26-0439 |
| Angela | Romack | PPS26-0314 |
| Daniel | Ronnie | PPS26-0315 |
| Richard | Ross | PPS26-0316 |
| Steve | Rozhon | PPS26-0317 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Eric | Rubin | PPS26-0318 |
| Rene | Rulo | PPS26-0319 |
| Kathy | Rulo | PPS26-0320 |
| Robert | Sanders | PPS26-0066 |
| Patrick | Sanford | PPS26-0321 |
| Vincent | Sarelli | PPS26-0322 |
| Tristan | Seaver | PPS26-0323 |
| Westley | Seifert | PPS26-0324 |
| Joe | Sherrod | PPS26-0325 |
| Katie | Shiflett | PPS26-0326 |
| Kenneth | Short | PPS26-0327 |
| Jeannie | Simon | PPS26-0328 |
| Jordan | Sitarski | PPS26-0329 |
| Thomas | Skinner | PPS26-0330 |
| Richard | Skyles | PPS26-0442 |
| Merrill | Smallwood III | PPS26-0331 |
| Bryan | Smith | PPS26-0332 |
| Brian | Smith | PPS26-0333 |
| Gean | Smith | PPS26-0334 |
| Katie | Smith | PPS26-0335 |
| Garrett | Smith | PPS26-0336 |
| Zach | Sorenson | PPS26-0337 |
| Anthony | Spada | PPS26-0338 |
| Samuel | Staton | PPS26-0339 |
| Shelby | Stauble | PPS26-0340 |

| | | |
|---|---|---|
| Tanner | Stauble | PPS26-0341 |
| Barbara | Steil | PPS26-0342 |
| Frances | Stewart | PPS26-0343 |
| Steven | Stosur | PPS26-0344 |
| Dylan | Stricklin | PPS26-0345 |
| Kalen | Stricklin | PPS26-0346 |
| Kenneth | Sullenberger Jr | PPS26-0347 |
| Kenneth | Sullenberger Sr | PPS26-0348 |
| Cody | Swartz | PPS26-0349 |
| Ramona | Talvacchio | PPS26-0350 |
| Leli | Tautuaa | PPS26-0351 |
| Jeffrey | Teitel | PPS26-0352 |
| Shamer | Thomas | PPS26-0353 |
| Walt | Thomas | PPS26-0354 |
| Gabriel | Tranum | PPS26-0355 |
| Sean | Updegrave | PPS26-0356 |
| Keith | Venus | PPS26-0357 |
| Angie | Verjan | PPS26-0358 |
| Robert | Vick II | PPS26-0079 |
| Brad | Votaw | PPS26-0080 |
| Ryan | Waddle | PPS26-0359 |
| Zachary | Wakid | PPS26-0360 |
| Ambiko | Wallace | PPS26-0361 |
| Stephen | Waters | PPS26-0082 |

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

| | | |
|---|---|---|
| Leavy | Watson | PPS26-0362 |
| Michael | Weaver | PPS26-0363 |
| Doreen | Weekley | PPS26-0449 |
| Austin | Weekley | PPS26-0450 |
| Ryan M | Weekley | PPS26-0451 |
| Ryan E | Weekley | PPS26-0452 |
| Ronald | Weinand | PPS26-0364 |
| Barbara | West | PPS26-0365 |
| Gregory | Westerlund | PPS26-0366 |
| Tabitha | White | PPS26-0367 |
| James | Wille | PPS26-0368 |
| Crystal | Williams | PPS26-0369 |

| | | |
|---|---|---|
| Gregory | Willing | PPS26-0370 |
| Tamara | Wilson | PPS26-0371 |
| Kenneth | Winge | PPS26-0372 |
| Julaine | Wold | PPS26-0373 |
| Yvonne | Worman | PPS26-0374 |
| Ethan | Yade | PPS26-0375 |
| Sandra | Yade | PPS26-0376 |
| Edwin | Young | PPS26-0377 |
| Nick | Zotti | PPS26-0378 |
| Elenu | Zyborieue | PPS26-0379 |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Date: February 20, 2026

Respectfully Submitted,

/s/ *Henry W. Tanner Jr.*

Henry W. Tanner Jr. (MO 66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace
Kansas City, Missouri 64110
Telephone: (816) 547-2162
Facsimile: (816) 393-0338
Email: henry@htannerlaw.com
**Attorney for Plaintiff**

Electronically Filed - Jackson - Kansas City - February 20, 2026 - 02:56 PM

**ORDER**

It is hereby ORDERED that Plaintiff's Motion for Appointment of a Special Process Server is SUSTAINED and that HPS Process Service & Investigations and the above named individuals are hereby appointed to serve process in the above captioned matter.

02/23/2026 ________________________

DEPUTY CLERK

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

**ASHLI COBBINS,**

**PLAINTIFF(S),** **CASE NO. 2616-CV05935**
**VS.** **DIVISION 13**

**SETON CENTER, INC.,**

**DEFENDANT(S).**

**NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION**

---

NOTICE IS HEREBY GIVEN that this case is currently assigned to the Honorable CHARLES H MCKENZIE and a Case Management Conference will be held with the Honorable CHARLES H MCKENZIE on **15-JUN-2026** in **DIVISION 13** at **01:00 PM,** pursuant to Administrative Order. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

a. A trial setting;

b. Expert Witness Disclosure Cutoff Date;

c. A schedule for the orderly preparation of the case for trial;

d. Any issues which require input or action by the Court;

e. The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **CHARLES H MCKENZIE**
CHARLES H MCKENZIE**, Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
HENRY WARREN TANNER, 1432 EAST 49TH TERRACE, KANSAS CITY, MO 64110

Defendant(s):
SETON CENTER, INC.
Dated: 23-FEB-2026

BEVERLY A. NEWMAN
Court Administrator